HOWARD R. STOVER, Respondent, v. HAZEL DIEHL, Appellant.— In an action to recover damages for personal injuries and property damage resulting from a collision when respondent's car ran into the rear of appellant's car, stopped in the roadway as an obstruction to traffic, the jury returned a verdict for

respondent. Judgment of the City Court of the City of White Plains unanimously affirmed, with costs. No opinion. Appeal from order denying defendant's motion to set aside the verdict and for a new trial dismissed. There is no such order. Present — Johnston, Acting P. J., Adel, Nolan, Sneed and Wenzel, JJ.